FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

2013 JUL 23 P 2: 40

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

DIETGOAL INNOVATIONS LLC,　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　*Plaintiff,*　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§　　　Civil Action No. 2:13CV400-RAJ
v.　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§　　　Jury Trial Demanded
SWEETGREEN, INC.,　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　*Defendant.*　　　　　　　　 §

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO F.R.C.P. 7.1**

Plaintiff DietGoal Innovations LLC hereby submits its corporate disclosure pursuant to

Rule 7.1 of the Federal Rules of Civil Procedure. DietGoal Innovations LLC is a Texas Limited

Liability Company and does not have a parent corporation or any publicly held corporation

which owns 10% or more of their stock.

---

Dated: July 23, 2013

Respectfully submitted,

**MCNEELY, HARE & WAR LLP**

By: _____
Steven War VSB #45048
Steve@miplaw.com

5335 Wisconsin Ave., N.W.
Suite 440
Washington, DC 20015
Telephone:     (202) 536-5877
Facsimile:     (202) 478-1813

**BUETHER JOE & CARPENTER, LLC**

By:     /s/ Christopher M. Joe
Christopher M. Joe (Lead Counsel)
*Pro Hac Vice to be filed*
Chris.Joe@BJCIPLaw.com
Eric W. Buether
*Pro Hac Vice to be filed*
Eric.Buether@BJCIPLaw.com
Brian A. Carpenter
*Pro Hac Vice to be filed*
Brian.Carpenter@BJCIPLaw.com
Michael D. Ricketts
*Pro Hac Vice to be filed*
Mickey.Ricketts@BJCIPLaw.com
Niky Bukovcan
*Pro Hac Vice to be filed*
Niky.Bukovcan@BJCIPLaw.com
Monica Tavakoli
*Pro Hac Vice to be filed*
Monica.Tavakoli@BJCIPLaw.com

1700 Pacific Ave., Suite 4750
Dallas, Texas 75201
Telephone:     (214) 466-1272
Facsimile:     (214) 635-1828

**ATTORNEYS FOR PLAINTIFF
DIETGOAL INNOVATIONS LLC**